# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| Silent Events, Inc. <br><br> _Plaintiff(s)_ <br> v. <br> Quiet Events, Inc. <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. **3-16 0716** |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  2135 32nd Street, Astoria, New York 11105.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Philip E. Mischke, Farris Bobango Branan PLC, 999 S. Shady Grove Road, Suite 500, Memphis, TN 38120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH T[...]TC[...]

APR 0 8 2016

CLERK OF COURT

Date: _____    _____
_Signature of Clerk or Deputy Clerk_